ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants*
*Starlin Gentry, Maribelle Henry,*
*Ricky Hughes, Michael Legasse,*
*William Sandie, Quentin Byrne, and*
*Kirk Widmar*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE R. LEWIS, | Case No. 3:17-cv-00191-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STARLIN GENTRY, et al., | |
| Defendants. | |

Plaintiff Willie Lewis, appearing pro se, and Defendants Starlin Gentry, Maribelle Henry, Ricky Hughes, Michael Lagesse, William Sandie, Quentin Byrne, and Kirk Widmar, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 4th day of October, 2018.

By: /s/ Willie R. Lewis
WILLIE LEWIS
*Plaintiff, Pro Se*

DATED this 8th day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Joshua M. Halen
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

/s/
U.S. DISTRICT JUDGE

DATED: October 15, 2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of October, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Willie Lewis, #91716
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89401
lcclawlibrary@doc.nv.gov


/s/ Laurie Penny
An employee of the Office
of the Attorney General